UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA J. BOSTICK,

                Plaintiff,

-against-

AMERICAN EXPRESS COMPANY; BANK OF NEW YORK MELLON CORPORATION,

                Defendants.

24cv5484 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the November 13, 2024, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  January 15, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge